LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile:  (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

GEORGIA ABRAHAM,                    )        No.  EDCV 11-01327 PJW
                                    )
         Plaintiff,                 )        [PROPOSED] ORDER AWARDING
                                    )        EAJA FEES
    v.                              )
                                    )
MICHAEL J. ASTRUE,                  )
Commissioner Of Social Security,    )
                                    )
         Defendant.                 )
_____)

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO

THOUSAND DOLLARS AND 00/100 ($2,000.00) subject to the terms of the

stipulation.

    DATE:  09/10/2012        _____

                            HON. PATRICK J. WALSH
                            UNITED STATES MAGISTRATE JUDGE